UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:13-CR-236-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JEFFREY EDWARDS, )<br>)<br>Defendant. ) | ORDER TO SEAL |

Upon motion of Defendant, it is hereby ORDERED that Docket Entry Number 38 be sealed until such time as the Court determines that the afore-mentioned filing should be unsealed.

This, the __19th__ day of __March__, 2014.

　　　　　　　　　　　　　　　　　　　/s/ Louise W. Flanagan
　　　　　　　　　　　　　　　　　　　Louise Wood Flanagan
　　　　　　　　　　　　　　　　　　　U.S. District Judge