UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-236-1FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEFFREY EDWARDS | ) | |

Upon the unopposed motion of the Government and for good cause shown, it is hereby ORDERED that Docket Entry 68 be sealed until further order of this Court.

This the 29th day of October, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge